UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR123-0022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| EDDIE LEONARD TOLBERT | ) | Prohibited Person |

ORDER

Based upon the motion of the Government, and for good cause shown therein, it is hereby ORDERED:

That the Indictment issued in this case, the Government's motion, this order and all process issued thereunder, be SEALED until such time as the Defendant is in custody, or until further order of the Court, at which time this Indictment and all related court papers shall be UNSEALED.

So ORDERED, this 9th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
2023 MAR -9  A 10:57
CLERK
SO. DIST. GA.